[No. 15487-1-II.    Division Two.    May 11, 1994.]

BRYAN METCALF, *Respondent*, v. RICHARD L. BATES, ET
AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clallam
County, No. 91-2-00056-8, Grant S. Meiner, J., entered

November 6, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Alexander, J.